IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LETORRIS JAMEL McDUFFIE,** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **WARDEN AIMEE SMITH,** *et al.*, : <br> : <br> Defendants. : <br> : | Case No. 5:22-cv-00296-TES-CHW <br><br> Proceedings Under 42 U.S.C. §1983 <br> Before the U. S. Magistrate Judge |

## ORDER

*Pro se* Plaintiff Letorris Jamel McDuffie, a prisoner at the Valdosta State Prison in Valdosta, Georgia, filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. On December 12, 2022, the Court ordered Plaintiff to recast his complaint and provided instructions on how to do so. ECF No. 8. Plaintiff acknowledges receiving this Court's order to recast. ECF Nos. 11 and 12.

Plaintiff has now filed an additional motion to amend his complaint which he titles "motion to add additional claims and additional Defendants". ECF No. 10. Plaintiff's motion to amend his complaint (ECF No. 10) is **DENIED** as moot due to this Court's order to recast.

Plaintiff has also filed a request for an extension of time to file his recast complaint. ECF No. 11. Plaintiff's motion for an extension of time (ECF No. 11) is **GRANTED.** Plaintiff is allowed an extension of **TWENTY-ONE (21) DAYS** from the date of this Order to file his recast complaint. Plaintiff is cautioned that failure to file the amended complaint on time or failure to follow the Court's instructions on the recasting of his

complaint will result in dismissal of his complaint.

In the meantime, there shall be **NO SERVICE** of process upon any Defendant.

**SO ORDERED**, this 29th day of December, 2022.

                                                        s/ Charles H. Weigle
                                                        Charles H. Weigle
                                                        United States Magistrate Judge