IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**LETORRIS JAMEL McDUFFIE,**                          *

               Plaintiff,                          *

v.                                                                 Case No. **5:22-cv-00296-CAR-CHW**

                                           *

**WARDEN AIMEE SMITH, et al.,**

                                           *

               Defendants.
_____                       *

## J U D G M E N T

Pursuant to this Court's Order dated May 26, 2023, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of May, 2023.

                         David W. Bunt, Clerk


                         s/ Erin Pettigrew, Deputy Clerk